# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Ruben Alvarado

Cr.: 13-00596-001
PACTS #: 65458

Name of Sentencing Judicial Officer: THE HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/26/2013

Original Offense: 18 U.S.C. § 912 and § 3147; Impersonating a Federal Officer; 18 U.S.C. § 1028(a) (1) and § 3147; Identity Fraud

Original Sentence: 33 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution, Alcohol and Drug Testing and Treatment, Mental Health Treatment, No New Debt/Credit, DNA

Type of Supervision: Supervised Release          Date Supervision Commenced: 08/14/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has been unable to make restitution payments based on his financial situation and his struggles with significant mental and physical health problems. |

U.S. Probation Officer Action:

The offender has been directed to begin making minimal monthly payments and he has been advised that this financial obligation remains in effect once his supervision is terminated.

Respectfully submitted,

Luis R. Gonzalez
2018.05.29 14:56:09
-04'00'
By: Donna W. Davenport
Senior U.S. Probation Officer
Date: 05/29/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Allow the Case to Expire With Restitution Owing

_____
Signature of Judicial Officer

5 | 30 | 18
_____
Date